UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPMENTAL TECHNOLOGIES,
LLC,

    Plaintiff,

v.                                      Case No.: 8:14-CV-2796-T-35EAJ

VALMONT INDUSTRIES, INC., et al.,

    Defendants.
_____/

### ORDER

Motion: **Joint, Agreed to Motion for Extension of Time for the Parties to File Their Case Management Report.** (Dkt. 20)

Filing Date: February 16, 2015.

Disposition: **GRANTED**. In light of the Court's order dismissing without prejudice Plaintiff Development Technologies, LLC's ("Plaintiff's") Complaint with leave to re-plead within twenty-one (21) days, the parties seek a thirty (30) day extension of time to submit their proposed case management report; such extension would allow Defendants an opportunity to review any amended complaint filed and allow the parties to file an appropriate case management report addressing the issues and claims raise d by the amended complaint. Accordingly, the parties' deadline to file their case management report is extended up to and including **March 19, 2015**.

    **DONE AND ORDERED** in Tampa, Florida on this 17th day of February, 2015.

/s/ Elizabeth S. Jenkins
ELIZABETH A JENKINS
United States Magistrate Judge