IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPMENTAL TECHNOLOGIES, LLC )
A Florida Limited Liability Company )
)
Plaintiff, )
)
v. )
) Case No.: 8:14-cv-02796-MSS-EAJ
VALMONT INDUSTRIES, INC. )
A Delaware Corporation )
)
and )
)
E.I. DU PONT DE NEMOURS AND COMPANY )
A Delaware Corporation )
)
Defendants. )
_____/

## MOTION TO SEAL PURSUANT TO ORDER [DKT. 21]

Pursuant to the Order entered on February 17, 2015 [Dkt. 21] and L.R. 1.09, Plaintiff, Developmental Technologies, LLC ("DTL") hereby files its Motion to Seal its Unredacted/Confidential First Amended Complaint and Exhibits A-BB.

1. The First Amended Complaint features DTL's confidential trade secret information and the Court's February 17, 2015 order allows Plaintiff to file the amended complaint under seal.

2. Exhibits A-D are non-disclosure agreements Valmont and DuPont entered into with DTL. These agreements contain business confidential information between the parties regarding the effective dates of the agreements and would cause harm to DTL if competitors were to gain access to this information.

3. Exhibits E-O are internal documents from DTL that outline the trade secret information at the heart of this suit that was shared with Valmont. For example, Exhibit P contains the complex financial analysis performed by DTL concerning the agricultural industry and the effect of its product which uses the trade secrets and was shared with Valmont and Dupont. Each of the other documents contains information pertaining the operating procedures, installation procedures, and financial information that is confidential and qualifies as a trade secret. The detail included in each exhibit would be enough for other competitors to use the information as Valmont and DuPont have already done.

4. Exhibits P-Z are internal documents from DTL that outline the trade secret information at the heart of this suit that was shared with DuPont. Similar reasoning as used in ¶ 3 can be used for these exhibits.

5. Exhibits AA-BB are internal emails sent between DTL employees concerning research performed at Valmont's request on cost comparisons of drip irrigation versus DTL's solution and costing data for corn & soybeans using different irrigation methods. Each of these documents contain confidential financial information that is not generally known.

6. Exhibit EE is a confidential presentation made by DTL for DuPont that was made pursuant to the non-disclosure agreement signed by DuPont. It contains business confidential information and contains other information pertaining to operating procedures, installation procedures, and financial information that is confidential and qualifies as a trade secret.

7. The proposed duration of this seal is until further order of the Court.

Dated: March 3, 2015               Respectfully submitted,

                                   */s/ Woodrow H. Pollack*
                                   Woodrow H. Pollack
                                   Trial Counsel
                                   Florida Bar No. 026802
                                   Michael J. Colitz III
                                   Florida Bar No. 164348
                                   Cole Carlson
                                   Florida Bar No. 112863
                                   GrayRobinson, P.A.
                                   401 E. Jackson Street
                                   Suite 2700
                                   Tampa, FL 33602
                                   (813) 273-5000
                                   (813) 273-5145 (facsimile)
                                   woodrow.pollack@gray-robinson.com
                                   michael.colitz@gray-robinson.com
                                   cole.carlson@gray-robinson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2015 a true and accurate copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                   */s/ Woodrow H. Pollack*
                                   Woodrow H. Pollack