IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA


DEVELOPMENTAL TECHNOLOGIES,
LLC, A Florida Limited Liability Company

       Plaintiff,

v.                                         Case No.: 8:14-cv-02796-MSS-JSS

VALMONT INDUSTRIES, INC.
a Delaware corporation

and

E.I. DU PONT DE NEMOURS AND
COMPANY, a Delaware corporation

       Defendants.
_____/


**PLAINTIFF'S UNOPPOSED MOTION TO SEAL DUPONT'S MOTION TO COMPEL (DKT 104) AND ITS EXHIBITS (DKT 104-1 – 104-8)**

Plaintiff Developmental Technologies, LLC ("DTL") hereby files its Motion to Seal the Motion to Compel of Defendant E.I. Du Pont De Nemours and Company ("DuPont") (Dkt. 104) and the Exhibits thereto (Docket 104-1 - 104-8) and states:

1. Under the non-disclosure agreements between DuPont and DTL (attached as Exhibits B and C to the Amended Complaint Dkt. 23, hereafter the "Non-Disclosure Agreement") DuPont agreed not to publish or otherwise disclose confidential and trade information related to DTL's "Eco Ag" system. DuPont's obligations under the Non-Disclosure Agreement remains in full force and effect.

1

2. This Court has previously granted DTL's Motion to Seal (Dkt. 21) the Amended Complaint and Exhibits therein in its Order of March 5, 2015 (Dkt. 24) to protect against the disclosure of the confidential and trade secret information of DTL.

3. In its Motion to Compel DuPont has filed in its entirety DTL's six page, single spaced response to Interrogatory No. 1 of DuPont's Second Set of Interrogatories to Plaintiff (Dkt. 104, pp. 3-9). In this Interrogatory DuPont has requested that DTL state with specificity each trade secret DuPont has misappropriated and DuPont's publication of DTL's response is a gross violation of the Non-Disclosure Agreement.

4. In footnote 8 of its Motion, DuPont recognizes DTL's concerns about protecting its confidential and trade secret information and represents that it will not file the discovery requests at issue with the Court:

> "In opposing Valmont's Motion to Dismiss the initial Complaint, Plaintiff expressed concern about publicly disclosing its trade secrets. The discovery here at issue is not filed with the Court and does not present that issue … ."

5. After DuPont filed its Motion to Compel, DTL labeled the response to Interrogatory No. 1 of DuPont's Second Set of Interrogatories as "Highly Confidential," pursuant to the Non-disclosure Agreement. The email designating the responses as "Highly Confidential" is attached hereto as Exhibit A.

6. DuPont has failed to amend its Motion to Compel to reflect this "Highly Confidential" designation.

7. Further, and contrary to its representation in footnote 8 and in violation of the Non-Disclosure Agreement, DuPont has filed the discovery at issue, along with DTL's Response to DuPont's First Set of Interrogatories, as attached to the Declaration of Cynthia M. Christian in Exhibit B (Dkt. 104-3 and Exhibit E (Dkt. 104-6).

8. In order to prevent any further publication of DTL's confidential and trade secret information, DuPont's Motion to Compel (Dkt. 104) and the Exhibits thereto (Docket 104-1 - 104-8) need to be immediately sealed.

9. The proposed duration of this seal is until further order of the Court.

10. Pursuant to local rule 3.01(g), Defendants do not contest the sealing of DuPont's Motion to Compel (Dkt. 104) and the Exhibits thereto (Docket 104-1 -104-8), but Defendants strongly disagree that any content in those documents is properly designated as Confidential or Highly Confidential under the parties' Stipulated Confidentiality Agreement.

WHEREFORE Plaintiff Developmental Technologies, LLC request this Court enter an Order sealing DuPont's Motion to Compel (Dkt. 104) and the Exhibits thereto (Docket 104-1 -104-8) until further order of the Court.

Dated: March 11, 2016

Respectfully submitted,

/s/ Jeffrey W. Gibson
David M. Boggs, Esq, FBN: 248207
Jeffrey W. Gibson, Esq., FBN: 568074
Jessica S. West, Esq., FBN: 0099169
MACFARLANE FERGUSON & MCMULLEN
201 N. Franklin Street, Suite 2000 (33602)
Post Office Box 1531
Tampa, Florida 33601-1531
Phone: (813) 273-4200; Fax: (813) 273-4396
Attorneys for Plaintiff
Primary emails: jg@macfar.com;
npm@macfar.com; dmb@macfar.com
Secondary emails: tls@macfar.com;
tlk@macfar.com; msb@macfar.com