UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPMENTAL TECHNOLOGIES, LLC, a Florida Limited Liability Company,

        Plaintiff,

vs.

VALMONT INDUSTRIES, INC., a Delaware Corporation and E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,

        Defendants.
_____/

Case #  8:14-cv-2796-T-35 MSS-JSS

**JOINT NOTICE OF SETTLEMENT**

      Plaintiff, Developmental Technologies, LLC, and Defendants, VALMONT INDUSTRIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY hereby give notice that they have agreed on terms of settlement of this matter and are in the process of drafting and finalizing all necessary documents to accomplish same.  In light of the parties' agreement, all parties respectfully request an order from this Court staying all matters associated with this litigation and cancelling the Pre-Trial Conference presently set for Tuesday, September 13, 2016 at 10:00 A.M.

      Respectfully submitted on this 9th day of September, 2016.

By: *s/John H. Mueller*
   John H. Mueller
   Fla. Bar No. 259349
   CLARK MUELLER BIERLEY, PLLC
   102 W. Whiting Street, Suite 302
   Tampa, FL 33602
   Tel: 813-226-1874
   Fax: 813-226-1879
   jmueller@clarkmueller.com

By: *s/Karen C. Dyer*
   Karen C. Dyer
   Fla. Bar No. 716324
   Cynthia M. Christian
   Fla. Bar No. 45519
   George R. Coe
   Fla. Bar No. 298440
   BOIES, SCHILLER & FLEXNER LLP
   121 S. Orange Ave., Suite 840

Mark Enenbach
MCGRATH NORTH MULLIN & KRATZ, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: 402-341-3070
Fax: 402-341-0216
menenbach@mcgrathnorth.com

Robert W. Boos
Fla. Bar No. 558079
Eric J. Partlow
Fla. Bar No. 0556531
Melissa S. Rizzo
Fla. Bar No. 0064491
ADAMS & REESE, LLP
Bank of America Plaza
101 E. Kennedy Boulevard, Suite 4000
Tampa, FL 33602
Tel: 813-402-2880
Fax: 813-402-2887
robert.boos@arlaw.com
eric.partlow@arlaw.com
melissa.rizzo@arlaw.com

  *Attorneys for Defendant Valmont Industries, Inc.*

By: /s Jesse M. Tilden
    Jesse M. Tilden, Esq.
    Fla. Bar No. 0550566
    Michael J. Prohidney, Esq.
    Fla. Bar No. 0905801
    TILDEN & PROHIDNEY, P.L.
    431 12th Street West Suite 204
    Bradenton, FL 34205
    Tel: 941-243-3959
    Fax: 800-856-5332
    service@tpdlegal.com

    David C. Boggs
    Fla. Bar No. 248207
    Jeffrey W. Gibson
    Fla. Bar No. 0568074

Orlando, FL 32801
Tel: 407-425-7118
Fax: 407-425-7047
kdyer@bsfllp.com
cchristian@bsfllp.com
gcoe@bsfllp.com

Nicholas A. Gravante, Jr.
*Pro Hac Vice*
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave., 7th Flr.
New York, NY 10022
Tel: 212-446-2300
Fax: 212-446-2350
ngravante@bsfllp.com

Martha Lea Goodman
*Pro Hac Vice*
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel: 202-237-2727
Fax: 202-237-6131
mgoodman@bsfllp.com

*Attorneys for E. I. du Pont de Nemours and Company*

Noel P. McDonell
Fla. Bar No. 0899232
MACFARLANE, FERGUSON &
MCMULLEN, PA
201 N. Franklin Street, Suite 2000
P.O. Box 1531
Tampa, FL 33601-1531
Tel: 813-273-4200
Fax: 813-273-4396
dcb@macfar.com
jg@macfar.com
npm@macfar.com

*Attorneys for Plaintiff Developmental Technologies, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served on this date on the following parties either in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF system, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

| | |
|---|---|
| John H. Mueller, FBN:  259349<br>Sarah J. Bailey, FBN:  0071436<br>CLARK MUELLER BIERLEY, PLLC<br>102 W. Whiting Street, Suite 302<br>Tampa, FL 33602<br>Tel: (813) 226-1874;<br>Fax: (813) 226-1879<br>Attorneys for Defendant,<br>Valmont Industries, Inc.<br>jmueller@clarkmueller.com | Mark F. Enenbach (NE Bar # 15202)<br>McGrath North Mullin & Kratz, PC LLO<br>First National Tower, Suite 3700<br>1601 Dodge Street<br>Omaha, NE 68102<br>Telephone: (402) 341-3070<br>Facsimile: (402) 341-0216<br>Attorneys for Defendant,<br>Valmont Industries, Inc.<br>Email: menenbach@mcgrathnorth.com |
| Cynthia M. Christian, FBN:  45519<br>Karen C. Dyer:  FBN:  716324<br>George R. Coe; FBN:  298440<br>BOIES, SCHILLER & FLEXNER LLP<br>121 S. Orange Ave., Suite 840 | Jennifer G. Altman, FBN:  881384<br>BOIES, SCHILLER & FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: 305-539-8400; Fax: 305- 539-1307 |

Orlando, FL 32801
Tel: 407-425-7118; Fax: 407-425-7047
Attorneys for Defendant,
E.I. du Pont de Nemours and Company
cchristian@bsfllp.com; kdyer@bsfllp.com;
gcoe@bsfllp.com

Attorney for Defendant,
E.I. du Pont de Nemours and Company
jaltman@bsfllp.com

Nicholas Gravante, NYBN:  2068732
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: 212-446-2300; Fax: 212-446-2350
Attorneys for Defendant,
E.I. du Pont de Nemours and Company
ngravante@bsfllp.com

Martha L. Goodman, Esq.
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Tel: 202-237-2727; Fax: 202-237-6131
Attorneys for Defendant,
E.I. du Pont de Nemours and Company
mgoodman@bsfllp.com

Jeffrey W. Gibson, Esq., FBN:  0568074
David M. Boggs, Esq., FBN:  248207
MACFARLANE  FERGUSON & MCMULLEN
201 N. Franklin Street, Suite 2000 (33602)
Post Office Box 1531
Tampa, Florida  33601-1531
(813) 273-4200; Fax:  (813) 273-4396
Co-counsel for Plaintiff
Primary: jg@macfar.com; dmb@macfar.com
Secondary:  tmh@macfar.com
tls@macfar.com; tlk@macfar.com;
vac@macfar.com

  /s/ Jesse M. Tilden
Jesse M. Tilden