UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPMENTAL TECHNOLOGIES, LLC, a      Case #  8:14-cv-2796-T-35 MSS-JSS
Florida Limited Liability Company,

        Plaintiff,

vs.

VALMONT INDUSTRIES, INC., a Delaware
Corporation and E.I. DU PONT DE NEMOURS
AND COMPANY,  a Delaware corporation,

        Defendants.
_____/

**MACFARLANE FERGUSON & MCMULLEN'S NOTICE OF
ATTORNEYS' CHARGING LIEN**

TO ALL PARTIES AND THEIR COUNSEL, PLEASE TAKE NOTICE THAT:

The law firm of Macfarlane Ferguson & McMullen ("MFM"), co-counsel of record for Plaintiff, DEVELOPMENTAL TECHNOLOGIES, LLC ("DTL"), hereby asserts a claim to be paid from the proceeds of any settlement or judgment in this action for legal fees and expenses outstanding pursuant to the engagement of MFM by DTL and the services rendered to DTL by MFM.

Any payment to DTL as part of any settlement by DTL with Defendants which does not take into account the attorneys' lien of MFM shall constitute an unlawful failure to protect MFM's lien interest in the settlement proceeds.  Hall, Lamb & Hall v. Sherlon Investments Corp., 7 So. 3d 639, 641 (Fla. 3d DCA 2009).

DATED: September 12, 2016

      /s Jeffrey W. Gibson

Jeffrey W. Gibson, Esq., FBN:  0568074
David M. Boggs, Esq., FBN:  248207
MACFARLANE  FERGUSON & MCMULLEN
201 N. Franklin Street, Suite 2000 (33602)
Post Office Box 1531
Tampa, Florida  33601-1531
(813) 273-4200; Fax:  (813) 273-4396
Primary: jg@macfar.com; dmb@macfar.com
Secondary:  tmh@macfar.com
ema@macfar.com; tlk@macfar.com;
vac@macfar.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served on this date on the following parties either in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF system, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

| | |
|---|---|
| John H. Mueller, FBN:  259349 | Mark F. Enenbach (NE Bar # 15202) |
| Sarah J. Bailey, FBN:  0071436 | McGrath North Mullin & Kratz, PC LLO |
| CLARK MUELLER BIERLEY, PLLC | First National Tower, Suite 3700 |
| 102 W. Whiting Street, Suite 302 | 1601 Dodge Street |
| Tampa, FL 33602 | Omaha, NE 68102 |
| Tel: (813) 226-1874; | Telephone: (402) 341-3070 |
| Fax: (813) 226-1879 | Facsimile: (402) 341-0216 |
| Attorneys for Defendant, | Attorneys for Defendant, |
| Valmont Industries, Inc. | Valmont Industries, Inc. |
| jmueller@clarkmueller.com | Email: menenbach@mcgrathnorth.com |

| | |
|---|---|
| Cynthia M. Christian, FBN: 45519<br>Karen C. Dyer: FBN: 716324<br>George R. Coe; FBN: 298440<br>BOIES, SCHILLER & FLEXNER LLP<br>121 S. Orange Ave., Suite 840<br>Orlando, FL 32801<br>Tel: 407-425-7118; Fax: 407-425-7047<br>Attorneys for Defendant,<br>E.I. du Pont de Nemours and Company<br>cchristian@bsfllp.com; kdyer@bsfllp.com;<br>gcoe@bsfllp.com | Jennifer G. Altman, FBN: 881384<br>BOIES, SCHILLER & FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: 305-539-8400; Fax: 305- 539-1307<br>Attorney for Defendant,<br>E.I. du Pont de Nemours and Company<br>jaltman@bsfllp.com |
| Nicholas Gravante, NYBN: 2068732<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>Tel: 212-446-2300; Fax: 212-446-2350<br>Attorneys for Defendant,<br>E.I. du Pont de Nemours and Company<br>ngravante@bsfllp.com | Martha L. Goodman,<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015<br>Tel: 202-237-2727; Fax: 202-237-6131<br>Attorneys for Defendant,<br>E.I. du Pont de Nemours and Company<br>mgoodman@bsfllp.com |
| Jesse M. Tilden, Esq., FBN: 0550566<br>Michael J. Prohidney, Esq., FBN: 0905801<br>TILDEN & PROHIDNEY, P.L.<br>431 12th Street West, Ste. 204<br>Bradenton, FL 34205<br>Telephone: (941) 243- 3959<br>Facsimile: (800) 856-5332<br>eService: service@tpdlegal.com<br>Co-counsel for Plaintiff | Robert W. Boos, Esq., FBN: 558079<br>Eric J. Partlow, Esq., FBN: 0556531<br>Melissa Rizzo, Esq., FBN: 0064491<br>ADAMS AND REESE LLP<br>101 East Kennedy Boulevard, Suite 4000<br>Tampa, FL<br>Telephone: (813)-402-2880<br>Facsimile: (813)-402-2887<br>Bob.Boos@arlaw.com<br>Eric.Partlow@arlaw.com<br>Melissa.Rizzo@arlaw.com<br>Co-counsel for Defendant, Valmont Industries, Inc. |

 /s Jeffrey W. Gibson
Jeffrey W. Gibson, Esq., FBN: 0568074
David M. Boggs, Esq., FBN: 248207